# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 287 MAL 2016

           Respondent         :

                              :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court

           v.                     :

                              :

VINCENT CAMPBELL,                :

           Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Justice Mundy did not participate in the consideration or decision of this matter.